# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Roche Molecular Systems, Inc.　　v.　　Cepheid

No. 17-1690

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se　　☒ As counsel for: Roche Molecular Systems, Inc.
　　　　　　　　　　　　　　　　Name of party

I am, or the party I represent is (select one):

☐ Petitioner　　☐ Respondent　　☐ Amicus curiae　　☐ Cross Appellant

☒ Appellant　　☐ Appellee　　☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant　　☐ Respondent or appellee

| | |
|---|---|
| Name: | Patrice P. Jean |
| Law Firm: | Hughes Hubbard & Reed LLP |
| Address: | One Battery Park Plaza |
| City, State and Zip: | New York, New York 10004 |
| Telephone: | (212) 837-6264 |
| Fax #: | (212) 299-6264 |
| E-mail address: | Patrice.Jean@hugheshubbard.com |

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): April 15, 2003

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☐ Yes　☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date March 13, 2017　　Signature of pro se or counsel /s/ Patrice P. Jean

cc: Counsel of record

Reset Fields

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  March 13, 2017
by:

- ☐ U.S. Mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means (by E-mail or CM/ECF)

| Patrice P. Jean | /s/ Patrice P. Jean |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Hughes Hubbard & Reed LLP |
| Address | One Battery Park Plaza |
| City, State, Zip | New York, New York 10004 |
| Telephone Number | (212) 837-6264 |
| Fax Number | (212) 299-6264 |
| E-Mail Address | patrice.jean@hugheshubbard.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields